AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ROHAN MYERS, | )  Case No. 15-6373-Snow |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 8, 2015,** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | The defendant, did knowingly and intentionally-manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. |
| 21 U.S.C. § 952 | Importation of controlled substance into the United States from any place outside thereof, any controlled substance in schedule I or II of subchapter I. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE/DHS, Special Agent Darcy Courten
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/9/15

_____
*Judge's signature*

City and state:   Fort Lauderdale, Florida    Honorable Lurana S. Snow, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Darcy Courten, first being duly sworn, states as follows:

1) I am employed as a Special Agent for the Department of Homeland Security Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed for approximately 19 years. During that time, I have received extensive training and have been assigned to conduct investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use in importing, concealing, processing, packaging, warehousing and distributing controlled substances.

2) This affidavit is made in support of a criminal complaint against Rohan MYERS ("MYERS"). As set forth below, I respectfully submit there is probable cause to believe MYERS did knowingly and intentionally possess with intent to distribute and import into the United States from a place outside thereof, a controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21 U.S.C., Section 841(a)(1), and Title 21 United States Code, Section 952. This affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement personnel, as well as information provided by non-law enforcement sources. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me as it relates to this matter.

3) On September 8, 2015, at approximately 3:20 P.M., MYERS, a Jamaican national, arrived into the United States at the Fort Lauderdale/Hollywood International Airport ("FLL"), in Broward County, in the Southern District of Florida, from Montego Bay, Jamaica, on board Caribbean Airlines flight # 39. MYERS worked as a flight attendant on this flight and was admitted to the United States as a crew member. MYERS was referred to Customs and Border Protection (CBP) secondary baggage control for further examination.

4) While in the secondary baggage inspection area, CBP Officers (CBPO) conducted a baggage search and found some long legged compression pants, when MYERS was questioned about this he became very nervous. CBPO continue the examination by asking MYERS routine questions about his stay in the United States. MYERS displayed signs of nervous behavior in his responses, to include lack of eye contact, sweating profusely and answering questions with his head lowered. Based on these factors, MYERS was selected for a more intrusive examination in a private search area.

5) Before entering the private search room, MYERS readily admitted to CBPO that "I have cocaine on me; I'm supposed to take it to the hotel". MYERS was escorted into the search room in which he voluntarily removed his pants, doing so revealed spandex type compression garments being worn underneath MYERS clothing. MYERS removed the compression garments, revealing four black molded inserts strapped to his thighs and ankles. CBPO subsequently probed the inserts and discovered a white powdery substance that field tested positive for the presence of cocaine.

6) On September 8, 2015, at approximately 6:00 P.M. your Affiant subsequently advised MYERS of his Miranda rights. MYERS agreed to waive his Miranda rights and spoke

voluntarily with your Affiant. During his post-Miranda interview, MYERS admitted that a man named "BIGGA NFI" recruited MYERS to smuggle cocaine into the U.S. Upon delivery of the cocaine, BIGGA promised to pay MYERS $10,000 in U.S. currency.

7) After agreeing to the offer proposed by BIGGA, MYERS met with BIGGA on the morning of September 8, 2015. MYERS stated that BIGGA gave him the cocaine filled molded inserts and assisted him on strapping the inserts on his thighs and ankles. Shortly thereafter MYERS boarded his flight to the U.S. MYERS further stated he knew it was cocaine that he was bringing into the U.S. The gross weight of the cocaine was approximately 3.346 kilograms.

8) Based on the foregoing facts, your affiant respectfully submits there is probable cause to believe that on or about September 8, 2015 Rohan MYERS did knowingly and intentionally possess with intent to distribute and import into the United States from a place outside thereof a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 952(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Darcy Courten, Special Agent
Immigration & Customs Enforcement
Homeland Security Investigations

Subscribed to and sworn before me
This 9th day of September, 2015

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3